UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **CHAKRADHAR SAI GADEKARI**<br><br>Plaintiff,<br><br>v.<br><br>**KRISTI NOEM**<br>*Secretary of Department of Homeland Security, in her official capacity*<br><br>**TODD LYONS**<br>*Acting Director of Immigration and Customs Enforcement, in his official capacity*<br><br>**U.S. IMMIGRATION & CUSTOMS ENFORCEMENT**<br><br>Defendants. | Case No. 25-CV-1583 (SRN/SGE)<br><br>**ORDER** |

Based on the Joint Stipulation for Dismissal filed by Plaintiff, Chakradhar Sai Gadekari, and Defendants, Kristi Noem, Todd Lyons, and U.S. Immigration & Customs Enforcement, (Doc. 13), **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice, with each party to bear their own fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Monday, May 19, 2025

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge